UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, EX REL., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,<br><br>Defendants. | Case No.  02-cv-04621-BZ  (RS)<br><br>02-cv-04623-BZ  (RS)<br><br>**REASSIGN ORDER** |

This case was sent to the General Duty Judge on a closed case. The Clerk shall randomly reassign the case.

**IT IS SO ORDERED**.

Dated: 9/21/15

_____
RICHARD SEEBORG
United States District Judge