TRENT W. ORR, CA Bar No. 77656
torr@earthjustice.org
IRENE V. GUTIERREZ, CA Bar No. 252927
igutierrez@earthjustice.org
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Telephone: (415) 217-2000
Facsimile: (415) 217-2040

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA;<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,<br><br>    Defendants. | Case No. 02-CV-4621-KAW<br><br>JOINT STIPULATION TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE and [PROPOSED] ORDER<br><br>Judge: Hon. Kandis A. Westmore |
| SIERRA CLUB, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,<br><br>    Defendants. | Case No. 02-CV-4623-KAW |

1  WHEREAS, on September 18, 2015, Defendants U.S. Department of Transportation and Federal Aviation Administration filed a motion to dissolve the permanent injunction issued in this matter on April 28, 2003;

WHEREAS, Plaintiffs did not file an opposition to the motion or a statement of non-opposition as required by the Civil Local Rules by the deadline of October 2, 2015;

WHEREAS, this Court issued an Order to Show Cause on December 9, 2015, requesting that Plaintiffs file either (1) a statement of non-opposition to the motion to dissolve the injunction, or (2) show cause why the motion should not be granted as unopposed and file an opposition to the motion to dissolve the injunction;

WHEREAS, Trent Orr is the lead attorney handling this matter on behalf of Plaintiffs Sierra Club, National Parks Conservation Association, California Wilderness Coalition, and Natural Resources Defense Council and is the main point of contact for these clients;

WHEREAS, Mr. Orr has been out of the office and without email since December 8, 2015, and will not return until January 8, 2016;

THEREFORE, in light of Mr. Orr's absence, the Parties have agreed that Plaintiffs may have until January 18, 2016, to respond to this Court's Order to Show Cause.

Respectfully submitted,

DATED:  December 29, 2015        /s/ Irene V. Gutierrez
                                 IRENE V. GUTIERREZ

                                 *Counsel for Plaintiffs Sierra Club, National Parks Conservation Association, California Wilderness Coalition, Natural Resources Defense Council*

                                 /s/ Jamie B. Jefferson (authorized 12/29/15)
                                 JAMIE B. JEFFERSON

                                 *Counsel for Plaintiff State of California*

                                 /s/ Davene D. Walker (authorized 12/29/15)
                                 DAVENÉ D. WALKER

                                 *Counsel for Defendants U.S. Department of Transportation and Federal Aviation Administration*

**[PROPOSED] ORDER**

It is hereby ordered that Plaintiffs shall have until January 19, 2016, to respond to this Court's Order to Show Cause.

IT IS SO ORDERED.

DATED: 12/30/15

_____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE